**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2]) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Jeffrey Adams | 2/25/1962 | California | Southern District of California | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | John Edward Aiple | 3/30/1957 | Ohio | Southern District of Ohio | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Daniel Albea | 11/14/1973 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Rex Allen | 3/10/1958 | Indiana | Southern District of Indiana | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Christina Andrews | 11/29/1971 | California | Southern District of California | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | IX, XII, XIII, XIV |
| 6. | Billy Arial | 2/3/1964 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Brett Jack Attard | 9/27/1963 | Arizona | District of Arizona | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | John Joseph Bailey | 3/3/1964 | Texas | Northern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Stanley B Bailey | 1/3/1968 | Arkansas | Western District of Arkansas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Daniel Edward Barry | 5/16/1959 | Connecticut | District of Connecticut | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Todd Bell | 8/12/1969 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | David E. Berry | 11/21/1967 | Ohio | Southern District of Ohio | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Carl Richard Boyer | 6/22/1974 | Michigan | Western District of Michigan | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Eddie Lee Bracey Jr. | 6/30/1956 | South Carolina | District of South Carolina | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Mary Braxton | 1/25/1957 | Alabama | Middle District of Alabama | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Dennis Brewer | 8/13/1949 | Michigan | Western District of Michigan | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Averell Stephen Brown | 9/10/1944 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Kenneth Eugene Brownlee | 10/9/1948 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | James Francis Brusco | 4/5/1947 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Trey Lorenzo Burns | 7/23/1969 | Kentucky | Western District of Kentucky | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Donald Burton | 8/12/1985 | Texas | Southern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Ronald Lea Bush | 3/24/1960 | New Hampshire | District of New Hampshire | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 23. | Alfred Carrillo | 8/22/1963 | California | Central District of California | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Chet Ceren | 9/25/1991 | South Carolina | District of South Carolina | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Robert Chalfant | 10/27/1983 | Wisconsin | Eastern District of Wisconsin | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | William Earl Copley Jr. | 8/16/1969 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Joseph Cowan | 9/1/1970 | Florida | Middle District of Florida | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Michael Craig | 11/25/1972 | Texas | Western District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Deborah Ann Crosby | 5/28/1954 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Edwin Charles Crosby | 4/6/1948 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | David Dann | 8/31/1958 | Florida | Southern District of Florida | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Ronnell Davis | 8/31/1971 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Kimberly Grace Dean | 12/14/1965 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Robert Edward Dean | 9/11/1990 | Florida | Middle District of Florida | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Roy Dominic Del Carlo | 6/27/1944 | California | Eastern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Armando Santiago Delatorre | 8/8/1967 | California | Central District of California | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Gregory Allen Dickson | 5/14/1968 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Dorsey Leroy Driggers | 4/4/1942 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Patrick DuFresne | 7/12/1970 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Marcellous T. Dunbar | 8/5/1981 | Texas | Northern District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Janis Duncan | 8/20/1958 | California | Central District of California | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Jennifer Dunlap | 1/11/1983 | Kansas | District of Kansas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Kirby A. Duvigneaud | 11/5/1959 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Daniel Lee Dziedzic | 2/6/1962 | Michigan | Western District of Michigan | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Robert Elliott | 3/4/1959 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Martin England | 10/18/1961 | Washington | Western District of Washington | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | William E. Epps III | 8/29/1958 | Missouri | Western District of Missouri | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Rudell Fortune | 2/3/1958 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Jeffrey Gaebelein | 12/23/1969 | Ohio | Northern District of Ohio | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Daryl A Gandy Sr. | 3/29/1966 | New York | Southern District of New York | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Michael Garza | 7/6/1951 | Massachusetts | District of Massachusetts | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Herbert Gaymon Jr. | 11/6/1948 | New Jersey | District of New Jersey | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | George E. Geter | 10/27/1966 | South Carolina | District of South Carolina | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Sterling Giralmo | 11/14/1994 | Florida | Southern District of Florida | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Donald Maxwell Golightly | 8/1/1959 | Wisconsin | Western District of Wisconsin | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Eva Gonzalez | 11/8/1966 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Umar Muhammad Goodspeed | 7/13/1970 | California | Northern District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Lois Kathryn Gould | 6/26/1963 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Edward Graham | 5/8/1955 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Ashley Ann Gray | 8/30/1983 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | James William Gross | 10/9/1957 | Texas | Northern District of Texas | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Thomas W. Haley | 5/29/1963 | California | Eastern District of California | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Stanley Eugene Hart | 9/15/1963 | South Carolina | District of South Carolina | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Randy L. Hastings | 7/14/1955 | Arizona | District of Arizona | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Eric Eugene Hayes | 2/22/1967 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Theodore Henry | 6/29/1960 | Washington | Western District of Washington | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Michael Hiscano | 10/28/1961 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Michael Dean Hoag | 1/12/1946 | California | Central District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Albert Hoelscher | 11/3/1954 | Texas | Western District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Amy Louise Hollinger | 1/12/1964 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | James J. Ickes Jr. | 7/28/1958 | Maryland | District of Maryland | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Leroy Jamison Jr. | 2/18/1949 | Alabama | Middle District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Terry Wayne Johnson | 8/29/1954 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Harry Walter Jones | 10/7/1974 | Washington | Western District of Washington | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | James Kenney | 10/31/1967 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Lake Arnette Key | 8/5/1953 | Arkansas | Western District of Arkansas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Robert King | 3/13/1950 | Georgia | Southern District of Georgia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Bruce Knowles | 10/17/1959 | Alabama | Southern District of Alabama | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | David Preston Lance | 2/15/1963 | Kentucky | Eastern District of Kentucky | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Bryan Keith Langley | 5/8/1967 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Anthony Lawrence | 2/22/1956 | New Hampshire | District of New Hampshire | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Matthew Torone Little | 8/29/1956 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Kelly Galen Littleton | 7/5/1961 | Illinois | Central District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Thurman David Logan | 5/27/1957 | Texas | Southern District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Don P Lonefors | 1/29/1964 | Nevada | District of Nevada | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Dennis Mangioni | 3/13/1960 | Texas | Southern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | William A Mariani | 3/6/1958 | Illinois | Northern District of Illinois | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Frandeno Matthews | 12/4/1982 | Alabama | Northern District of Alabama | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | John Steven McDuff | 8/30/1954 | Colorado | District of Colorado | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Earl John Mendel Jr | 9/26/1942 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Henry G Molle | 2/9/1956 | Florida | Southern District of Florida | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | William Herbert Moore | 1/1/1948 | South Carolina | District of South Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Alexander Edward Mullin | 10/21/1988 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Daniel NeGron | 4/19/1953 | New Jersey | District of New Jersey | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Nicole E Nunley | 10/5/1973 | California | Eastern District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Stephen Owens | 2/21/1957 | Ohio | Southern District of Ohio | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Byron Sherill Parnell | 3/3/1967 | Alabama | Southern District of Alabama | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Jabbara Jermaine Pates | 1/16/1980 | Ohio | Southern District of Ohio | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | John Emerson Phillips Jr | 1/3/1962 | New York | Eastern District of New York | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Raymond Quintana | 8/8/1977 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Gregory L. Retherford | 4/12/1957 | Ohio | Southern District of Ohio | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Philip Riddle | 10/2/1983 | Florida | Southern District of Florida | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Julia Roberts | 1/15/1981 | California | Eastern District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Roger W. Roberts | 6/17/1945 | Florida | Middle District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Beverly Rose | 12/7/1964 | Texas | Eastern District of Texas | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Robert David Savage | 10/23/1960 | South Carolina | District of South Carolina | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Edward Scott | 12/29/1952 | Texas | Eastern District of Texas | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Denise Shafer | 10/10/1969 | Texas | Eastern District of Texas | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Mark David Shattuck | 8/15/1956 | Hawaii | District of Hawaii | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | James David Shortt | 3/5/1958 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Wendell Shrum | 7/2/1962 | Utah | District of Utah | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Ronald Simpson | 1/11/1943 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Jimmy Smith | 7/5/1953 | Georgia | Northern District of Georgia | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | John Patrick Smith | 9/19/1970 | Alabama | Middle District of Alabama | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Rickie Smith | 6/21/1954 | Texas | Southern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Robert Smith | 5/8/1950 | Texas | Northern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | David John Southard | 11/9/1950 | Florida | Middle District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Anthonae Janiqua Sparks | 6/12/1989 | Nevada | District of Nevada | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Mickey Rhome Spruill | 12/11/1968 | Alabama | Middle District of Alabama | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Mark Spytek | 11/18/1963 | Texas | Western District of Texas | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Matthew Michael St. John | 2/28/1976 | California | Southern District of California | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Kirk Steel | 12/19/1960 | New Mexico | District of New Mexico | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Corey Maurice Steele | 2/25/1974 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | James Edward Stewart | 6/26/1959 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Garrett Stineburg | 11/27/1951 | Arizona | District of Arizona | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Craig Straight | 9/13/1960 | Arkansas | Western District of Arkansas | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Thomas James Stuart | 3/7/1957 | California | Eastern District of California | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Shawn Patrick Sullivan | 7/14/1969 | North Dakota | District of North Dakota | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Devion Swayzer | 3/20/1984 | California | Central District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Jeffrey Scott Taylor | 10/2/1960 | California | Eastern District of California | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Douglas David Tesky | 4/2/1952 | Florida | Southern District of Florida | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Larry Thomas | 7/6/1986 | California | Eastern District of California | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Ronald Thompson | 8/18/1948 | Alabama | Middle District of Alabama | Yes | Yes | Yes | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Gonzalo Anthony Towers | 4/7/1949 | Florida | Middle District of Florida | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Nelson Rontinmez Tyler Sr. | 4/24/1955 | New York | Southern District of New York | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Andreas Vandever | 7/15/1965 | Kansas | District of Kansas | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Edward Vaughn | 3/13/1971 | Oklahoma | Northern District of Oklahoma | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Marvin Vaught | 12/30/1954 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Scott Sheldon Walker | 3/7/1963 | Tennessee | Eastern District of Tennessee | Yes | Yes | Yes | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Jeffrey Walton | 11/18/1955 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | David Glenn Watson | 7/1/1964 | Maryland | District of Maryland | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Corey Ray Webber | 6/18/1968 | Colorado | District of Colorado | Yes | Yes | Yes | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | William J Wethington Sr. | 2/14/1952 | North Carolina | Middle District North Carolina | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Victor Lee White | 6/24/1968 | New Mexico | District of New Mexico | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Troy Wilken | 2/9/1969 | Iowa | Northern District of Iowa | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Orson Lee Wilson | 7/13/1973 | South Carolina | District of South Carolina | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Cassandra Wonzo | 12/6/1970 | Texas | Northern District of Texas | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Walter William Young | 6/19/1961 | Virginia | Western District of Virginia | Yes | Yes | Yes | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | Joseph Zemen | 3/5/1957 | Texas | Southern District of Texas | Yes | Yes | Yes | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Marialisa Zywotchenko | 2/16/1974 | New York | Southern District of New York | Yes | Yes | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |